UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.  CITATION / CASE NO. __06-cr-0006 CMK__

vs.

## ORDER TO PAY

__Timothy Charles Luton__

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT

DATE: __4-25-06__   _[signature]_
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: __06-cr-0006 Count I__  FINE __$75__   ASGMT. __$25__
CITATION / CASE NO: _____  Count II FINE __$275__   ASGMT. __$25__
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(X) **FINE TOTAL** of $ __350.00__ and a penalty assessment of $ __50.00__ ~~within~~ by __8-1-06__ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~       CLERK, USDC
~~P.O. Box 740026~~                  ~~650 Capitol Mall, Rm 2546~~ __501 I Street__
~~Atlanta, GA 30374-0026~~           Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: __4-25-06__   _[signature]_
U.S. MAGISTRATE JUDGE

Clerk's Office   EDCA - 03 Rev 8/97